UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEQUAN ALLEN, individually and next of friend to J.L., a minor, | |
| Plaintiffs, | Case No. 23-cv-12675 |
| v. | Honorable Robert J. White |
| GRETCHEN WHITMER, et al., | |
| Defendants. | |

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS DETROIT PUBLIC SCHOOLS COMMUNITY DISTRICT, DR. VITTI, AND MITCHELL FORD TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT AND WAIVER OF SERVICE OF DETROIT PUBLIC SCHOOLS COMMUNITY DISTRICT**

**IT IS HEREBY STIPULATED** and **AGREED** by and between Counsel for Plaintiffs and Counsel for Defendants, Detroit Public Schools Community District, Dr. Vitti, and Mitchell Ford, pursuant to Federal Rule of Civil Procedures 6(b) that:

1. The Defendants, Detroit Public Schools Community District, Dr. Vitti, and Mitchell Ford's time to answer or otherwise respond to Plaintiffs' Second Amended Complaint filed on November 18, 2024 is extended to December 13, 2024.

2. The Defendants, Detroit Public Schools Community District, Dr. Vitti, and Mitchell Ford agree to waive service of summons in this matter to save the expense of service.

3. Good cause exists due to the recent adding of Detroit Public Schools Community District as a Defendant in this case and Detroit Public Schools Community District, Dr. Vitti, and Mitchell Ford's agreement to waive service of process. Given the different timelines for the respective Defendants to file an answer or otherwise respond to Plaintiffs' Second Amended Complaint, the Parties wish to avoid multiple pleadings being filed on behalf of the respective defendants at different dates. By briefly extending the timelines, Defendants agree to file one responsive pleading on behalf of Dr. Vitti, Mitchell Ford, and Detroit Public Schools Community District which will allow for a scheduling of any hearings before the Court in a manner as discussed by all Parties during the status conference with the Court.

4. It is further Stipulated and Agreed that this Stipulation does not constitute a waiver of any claim, right, or defense of either party.

SO ORDERED.

Dated: December 3, 2024       s/Robert J. White
                              Robert J. White
                              United States District Judge


Stipulated and Agreed by:

Dated: December 1, 2024       */s/ Roy Carleton Howell (with permission)*
                              Roy Carleton Howell (P84099)
                              Attorney for Plaintiffs
                              8003 Parkside Lane, N.W.
                              Washington, D.C. 20012
                              (202) 545-0750
                              Professorhowell1954@yahoo.com

Dated: December 1, 2024       */s/ Vickie L. Coe*
                              Vickie L. Coe (P72489)
                              Attorney for Detroit Public Schools
                              Community District, Vitti, and

                                        Mitchell Ford  
                                        215 S. Washington Sq., Ste. 200  
                                        Lansing, MI 48933  
                                        (517) 318-3103  
                                        vcoe@clarkhill.com